AO (Rev. 5/85) Criminal Complaint

FILED IN OPEN COURT
11.29.2021

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | Case No. 3:21-mj-1509-MCR |
| JAVIER GARCIA-CARPIO | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 15, 2021, in Duval County, in the Middle District of Florida, the defendant,

> a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about August 9, 2018, and on or about August 15, 2019,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Monica Peets

Sworn to before me and subscribed in my presence,

on November 29, 2021     at     Jacksonville, Florida

MONTE C. RICHARDSON
United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Monica Peets, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Deportation Officer for ICE since 2015 and before that was an Immigration Enforcement Agent with ICE since 2011. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. On November 20, 2021, your affiant received electronic correspondence from another ICE officer that on November 15, 2021, an individual who was identified as JAVIER GARCIA-CARPIO had been booked into the Duval County jail and had stated during the booking process that he was born in Mexico on a date in 1994. When GARCIA-CARPIO was booked into the jail, an officer who had been deputized to perform the functions of an immigration officer checked immigration databases for a citizen of Mexico named JAVIER GARCIA-CARPIO and the database checks reflected that a citizen of Mexico with that name had never been legally admitted into the United States.

3.	The officer also entered GARCIA-CARPIO's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been previously encountered by immigration authorities. The system returned a match and reflected that GARCIA-CARPIO had been previously encountered and had been assigned an Alien Registration number ("A-number"). The officer then conducted additional immigration database checks using the A-number and the records reflected that GARCIA-CARPIO is a citizen of Mexico who has been previously deported or removed from the United States to Mexico on two occasions. The officer lodged an ICE detainer against GARCIA-CARPIO with the Duval County jail.

4.	On November 21, 2021, the Duval County jail notified ICE Jacksonville that the local charges for GARCIA-CARPIO were resolved and that he was ready to be picked up on the ICE detainer. On the same date, GARCIA-CARPIO was administratively arrested and transported into ICE custody at the Baker County jail in MacClenny, Florida.

5.	On November 23, 2021, your affiant reviewed the Alien Registration file ("A-file") for GARCIA-CARPIO. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that GARCIA-CARPIO is a citizen of Mexico who has been previously deported or removed from the United States on two occasions: on

August 9, 2018, and on August 15, 2019, both times through Miami, Florida. The A-file contained no record that GARCIA-CARPIO had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States since the time of his last deportation or removal.

6.      On November 24, 2021, at approximately 9:55 a.m., your affiant advised Assistant United States Attorney Arnold B. Corsmeier of the foregoing facts and he authorized criminal prosecution of GARCIA-CARPIO.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that JAVIER GARCIA-CARPIO is a citizen of Mexico who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or to re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

_____
Monica Peets, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida

3